FILED
CLERK

3:07 pm, Jun 04, 2024

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

# CIVIL CAUSE FOR JURY TRIAL

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 6/4/2024 TIME: 9:30 AM TIME IN COURT: 2 hours
Recall: 2:00 PM TIME IN COURT: 15 min.

CASE: **Seweid v. County of Nassau et al**
**2:21-cv-03712-JMA-AYS**

APPEARANCES: Plaintiff: Frederick Brewington

For Defendants: Steven Stern, Blair Hendricks

COURT REPORTER: ToniAnn Lucatorto, Paul Lombardi, Denise Parisi

---

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Voir dire held. Jury selection held. Jury satisfactory to both sides.
- ☐ Jurors sworn and trial begins.
- ☐ Preliminary instructions given.
- ☐ Opening statements of plaintiff and defendant heard.
- ☐ Witnesses sworn. Exhibits entered into evidence.
- ☐ Plaintiff rests.
- ☐ Defendant rests.
- ☐ Charge conference held.
- ☐ Closing statements of defendant and plaintiff heard.
- ☐ Jury charged and deliberations begin.
- ☐ Jury returns with a verdict for the
- ☐ Trial to resume on 6//2024 at 9:30 AM.
- ☒ Other: Sidebar held. Decision reserved.
  Recall: Plaintiff moves to withdraw case with prejudice. Defense consents but reserves rights with regard to costs and sanctions. Application granted. The Clerk of the Court is directed to close this case.